(Official Form 1) (12/03)                                    Tax I.D. No. 36-2796532

| FORM B1 | United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ACCLAIM ENTERTAINMENT, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 6 years  (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all):<br>**38-2698904** | Last four digits of Soc. Sec. No. or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**One Acclaim Plaza<br>Glen Cove, New York 11542** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Nassau County, New York** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **SAME** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **SAME** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual(s)          ☐ Railroad
- ☒ Corporation            ☐ Stockbroker
- ☐ Partnership            ☐ Commodity Broker
- ☐ Other _____  ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7      ☐ Chapter 11      ☐ Chapter 13
- ☐ Chapter 9      ☐ Chapter 12
- ☐ Sec. 304 – Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business      ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**(Official Form 1) (12/03)**

FORM B1, Page 2
Tax I.D. No. 36-2796532

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>ACCLAIM ENTERTAINMENT, INC. |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:  **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor<br>None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

# Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>       Signature of Debtor<br><br>X _____<br>       Signature of Joint Debtor<br><br>   _____<br>       Telephone Number (if not represented by attorney)<br><br>   _____<br>       Date | **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐    Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>       Signature of Attorney for Debtor(s)          Date |
| | **Exhibit C**<br>Does the debtor own or have possession of any property that poses  or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐    Yes, and Exhibit C is attached and made a part of this petition.<br>☒    No. |
| **Signature of Attorney**<br><br>X  */s/ Jeff J. Friedman (JF-7661)*<br>       Signature of Attorney for Debtor(s)<br><br>X  **Jeff J. Friedman, Esq. (JF-7661)**<br>       Printed Name of Attorney for Debtor(s)<br>       **Katten Muchin Zavis Rosenman**<br>       Firm Name<br>       **575 Madison Avenue**<br>       **New York, New York 10022-2585**<br>       Address<br>       **212-940-8800**<br>       Telephone Number<br>       **September 1, 2004**<br>       Date | **Signature of Non-Attorney Petition Preparer**<br><br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>   _____<br>   Printed Name of Bankruptcy Petition Preparer<br><br>   _____<br>   Social Security Number (Required by 11 U.S.C. § 110(c).)<br><br>   _____<br>   Address |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X  */s/ Gerard F. Agoglia*<br>       Signature of Authorized Individual<br>       **Gerard F. Agoglia**<br>       Printed Name of Authorized Individual<br>       **Chief Financial Officer**<br>       Title of Authorized Individual<br>       **September 1, 2004**<br>       Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person<br><br>X  _____<br>       Signature of Bankruptcy Petition Preparer<br><br>   _____<br>       Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156. |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
### STATEMENT PURSUANT TO LOCAL
### BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** ___**ACCLAIM ENTERTAINMENT, INC.**_____ **CASE NO.:**_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. L BR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or(vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

**1. CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____

**CASE STILL PENDING (Y/N):**_____ **[***If closed***] Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:**_____
**(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED (***Refer to NOTE above***):**_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____

_____

**2. CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____

**CASE STILL PENDING (Y/N):**_____ **[***If closed***] Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:**_____
**(Discharged/awaiting discharge, confirmed, dismissed, etc.)**

**MANNER IN WHICH CASES ARE RELATED (***Refer to NOTE above***):**_____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:**_____

_____

3.  CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____    [If closed] Date of closing: _____

CURRENT STATUS OF RELATED CASE:_____
                     (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (Refer to NOTE above):_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:_____

_____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Y

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

/s/ Jeff J. Friedman (JF-7661)                           _____
Jeff J. Friedman, Attorney for Debtor                   Signature of Pro Se Debtor/Petitioner

Dated: September 1, 2004                                 One Acclaim Plaza
                                                        Mailing Address of Debtor/Petitioner

                                                        Glen Cove, New York 11542
                                                        City, State, Zip Code

                                                        (516) 656-5000
                                                        Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
In re:                                                        :          Chapter 7

ACCLAIM ENTERTAINMENT, INC.                     :          Case No.

            Debtor.                           :
------------------------------------------------------------------------ x


## DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP


Acclaim Entertainment, Inc. ("Acclaim"), a Delaware corporation, hereby states, pursuant to

Fed. R. Bankr. P. 1007(a)(1) and 7007.1, that there are no "corporations" (as defined in section 101 of

the Bankruptcy Code) that owns a ten percent (10%) or greater interest in Acclaim as of September 1,

2004.


## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP


I, Gerard F. Agoglia, Chief Financial Officer of Acclaim Industries, Inc., a Delaware

corporation, declare under penalty of perjury that I have read the foregoing Debtor's Statement of

Corporate Ownership, pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1 and that it is true and correct

to the best of my information and belief.


Date:   September 1, 2004                */s/ Gerard F. Agoglia*_____
                                                         Gerard F. Agoglia
                                                         Chief Financial Officer
                                                         Acclaim Entertainment, Inc.
                                                         One Acclaim Plaza
                                                         Glen Cove, New York 11542

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

In re:                                                    :          Chapter 7

ACCLAIM ENTERTAINMENT, INC.                               :          Case No.

        Debtor.                                          :

------------------------------------------------------------------------ x


I, Gerard F. Agoglia, the Chief Financial Officer of Acclaim Entertainment, Inc., a Delaware corporation, hereby certify that the Board of Directors Acclaim Entertainment, Inc. (the "Board of Directors"), adopted the following resolutions by unanimous consent on August 26, 2004, and that these resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

    **RESOLVED**, that in the judgment of the Board of Directors, it is desirable and in the best interests of Acclaim Entertainment, Inc., a Delaware corporation (the "Corporation"), its creditors, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 7 of title 11, United States Code (the "Bankruptcy Code");

    **RESOLVED**, that the officers of the Corporation (collectively, the "Officers") be, and each of them hereby is, authorized and directed on behalf of the Corporation to execute and verify a petition on behalf of the Corporation or its domestic subsidiaries under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of New York, at such time as the Officer executing said petition on behalf of the Corporation shall determine;

    **RESOLVED**, that the Officers be, and each of them hereby is, authorized to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take any and all actions which they deem to be necessary and proper in connection with the filing of the chapter 7 case;

    **RESOLVED**, that the law firm of Katten Muchin Zavis Rosenman be, and hereby is, employed as bankruptcy counsel to the Corporation in the chapter 7 case;

    **RESOLVED**, that the Officers be, and each of them hereby is, authorized and empowered to execute and deliver for and on behalf of the Corporation, any and all other documents necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, and that such documents containing such provisions, terms, conditions, covenants, warranties and representations as

may be deemed necessary or appropriate by the Officer or Officers so acting hereby are approved.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of September, 2004.

Dated: September 1, 2004

*/s/ Gerard F. Agoglia*
Gerard F. Agoglia
Chief Financial Officer

1st Air Worldwide Express
316 Jackson Avenue
Syosett NY 11791

AI Credit Corp
160 Water Street
New York NY 10038

Abelman Frayne & Schwab
Attorneys At Law
150 East 42nd Street
New York NY 10017

ABFAB Intl Inc
54d Tanners Neck Ln
Westhampton NY 11977

Absolute Quality Inc
10720 Gilroy Road
Hunt Valley MD 21031

Absolute Sales
Attn Earle Hammond
231 Millway Avenue Unit No 6
Concord Ontario
Canada

Accent Food Services
PO Box 81515
Austin TX 78708-1515

Access Temporaries Inc
532 Broad Hollow Road
Suite 129
Melville NY 11747

ADP Investor
CommServices
51 Mercedes Way
Edgewood NY 11717

ADP Inc
1700 Walt Whitman Road
Melville NY 11746

ADT Security Services
4600 Wesley Avenue
Suite H
Cincinnati OH 45212

Adventure Medical Kits
PO Box 43309
Oakland CA 94624

Adwar Video
303 Sunnyside Blvd
Plainview NY 11803

Aikins Macaulay &
 Thorvaldson LLP
Barristers And Solicitors
360 Main St 30th Floor
Winnipeg Manitoba Canada

Airborne Express
PO Box 91001
Seattle WA 98111

Albina Anneken
1136 Covedale Ave
Cincinnati OH 45238

Alexandra Global
Investmnt Fund I Ltd
Citco Building Wickhams Cay
PO Box 662 Road Town
Tortola Virgin Island

All American Van
 Lines Inc
192 Quality Plaza
Hicksville NY 11801

Almo Music Corp
2440 Sepulveda Blvd
Suite 119
Los Angeles CA 90064

Altex Electronics
9914 Ih-35
Austin TX 78753

Amaze Entertainment Inc
1242 Willow Road NE
Suite 200
Kirkland WA 98304

American Express
Box 0001
Los Angeles CA 90053

Amy Samet
1903 Pompton Dr
Austin TX 78757

Andre R Roussimoff
Attn Daniel Siegel
c/o CMG Worldwide Inc
10500 Crosspoint Blvd
Indianapolis IN 46256

Andy Fomenko
131 W Avenue Alessandro
San Clemente CA 92672

Anron Service Corp
440 Wyandanch Avenue
West Babylon NY 11704

Anthony Dallas
421 North Stafford St
Yellow Spgs OH 45387

Appaloosa Interactive Corp
824 San Antonio Road
Palo Alto CA 94303

Archangel Studios LLC
Attn Johanna Olson
11042 Camarillo St No 9
North Hollywood CA 91602

Arrow Security
270 East Main St
Patchogue NY 11772

ASA Properties LLC
13468 Beach Avenue
Mar Del Rey CA 90292

ASO
2 Rue Rouget De Lisle
92130 Issy
Les Moulineaux France

Aspen Publishers Inc
Accounts Receivable Dpt
PO Box 64054
Baltimore MD 21705

AT&T Wireless
PO Box 8220
Aurora IL 60507-8220

ATOD Ltd
PO Box 1332
Helsingborg Sweden 25113

Austin Business Computers
PO Box 162325
Austin TX 78716-2325

Austin Business Furniture
9300 United Drive
Austin TX 78758

Auvis Studios
70 A Glen St
Glen Cove NY 11542

Axis Enterprises Inc
578 Broadway
Suite 406
New York NY 10012

Axis Global Systems
Accounts Receivable
47-55 58th Street
Woodside NY 11377

BD Fox & Friends Inc
1111 Broadway
Santa Monica CA 90401

Babel Media Limited
11-12 Hove Busn Centre
Fonthill Road Brighton
East Sussex BN3 6HA
United Kingdom

Babel Media Limited
11-12 Hove Busn Centre
Fonthill Rd Brighton
East Sussex BN3 6HA
United Kingdom

Barton Limousine
PO Box 1125
Massapequa NY 11758

Baseball Television Inc
245 Park Ave
New York NY 10167

Battleborn Entertainment
Attn Wayne Schumacher
9210 Prototype Drive
Suite 101
Reno NV 89512

Be Drinkable Haber Crp
16830 Ventura Blvd No 501
Enino CA 91436

Beckett Publications
15850 Dallas Pkwy
Dallas TX 75248

Bedford Communs Inc
PO Box 716
Accounting Dept
Midtown Station
New York NY 10018

Bemis Balkind
6135 Wilshire Blvd
Los Angeles CA 90048

Bernard Fischbach
1875 Century Park East
Suite 850
Los Angeles CA 90067

Bernard Fischbach
Director
Acclaim Entertainment Inc
One Acclaim Plaza
Glen Cove NY 11542

Best-Temp Mechanical Corp
1755 Julia Goldbach Ave
Ronkonkoma NY 11779

Beyer Printing Inc
1855 Air Lane Drive
Nashville TN 37210

Bill Keeton
3318 Ameliamont Avenue
Cincinnati OH 45209

Bill Keeton
3318 Ameliamont Avenue
Cincinnati OH 45209

Bisys Retirement Services
PO Box 979
Brainerd MN 56401

Bit Managers
Paseo Lorenzo Serra 4 2a
08921 Sta Coloma De Gramanet
Barcelona Spain

Blue Wolf Group
27 West 24th Street
Suite 9d
New York NY 10010

Bluetorch
c/o Accounts Receivable
130 Theory Suite 200
Irvine CA 92612

Bob Backlund
c/o Bell Consulting LLC
25 Van Zant Str Suite 9b
East Norwalk CT 06855

Bob Brenly
c/o SFX Sports Group
1 Meadowlnds Plz St 1501
East Rutherford NJ 07073

Bob Simon
3638 Walnut Park Drive
Alexandria KY 41001

Bocephus Music

Bowne Publishing Division
345 Hudson Street
New York NY 10014

Brian Shields
c/o Acclaim Entertainment
One Acclaim Plaza
Glen Cove NY 11542

Brian W Pusch
Penthouse Suite
29 West 57th St
New York NY 10019

Buchalter Nemer Fields
& Younger
601 South Figueroa Street
Ste 2500
Los Angeles CA 90017-3874

Buena Vista Games
Attn Jeff Galloway
500 S Buena Vista St
Burbank CA 91521-0001

Bug Music

Bureau of Citizenship
& Immigration Service
PO Box 70845
Chicago IL 60604

Burly Bear Network Inc
Attn Bryan Conley
254 West 54th St 11th Fl
New York NY 10019

Burrelle's
1630 Phoenix Blvd
Atlanta GA 30349

Burrelle's Luce Press
Clippings
Box 379
Topeka KS 66601

Business 21 Publishing
477 Baltimore Pike
Springfield PA 19064

Business Wire
Attn Karen Davis
44 Montgomery Street
39th Floor
San Francisco CA 94104

Buzztone
c/o GSO
15260 Ventura Blvd
Sherman Oaks CA 91403

CHDigital Printing Inc
117 Newtown Rd
Plainview NY 11803

Cablevision Lightpath Inc
Brian Mcgunnigle
200 Jericho Quadrangle
Jericho NY 11753

Cablevision of LI
PO Box 9202
Uniondale NY 11555

CAMA
2975 Courtyards Drive
Norcross GA 30071

Capital Printing
Systems Inc
2 Grand Central Tower
140 East 45th Street
New York NY 10017

Capitol Courier
PO 3182
Austin TX 78746

Carr Business Systems
130 Spagnoli Road
Melville NY 11747

Casablanca Limousine
Service
240 N Virgil Ave No 202
Los Angeles CA 90004

CCBNCOM Inc
PO Box 826132
Philadelphia PA 19182-6132

CCH Inc
90 Sheppard Ave
East Suite 300
Toronto Ontario
Canada M2N 6X1

Century Media Records
c/o Marco Barbieri
1456-A 14th Street No 324
Santa Monica CA 90404

CFQ Media LLC
Accounts Payable
3740 Overland Ave Ste E
Los Angeles CA 90034

Chad Degroot
570 South Indigo Road
Altamte Spgs FL 32714

Channel M
11734 Gateway Blvd
Los Angeles CA 90064

Charles K Gulledge
2401 Brookhollow Plz Dr
Room 1201
Arlington TX 76006

Chase-ZBA
c/o Acclaim Entertainment Inc
One Acclaim Plaza
Glen Cove NY 11542

Cherrylane Music
6 East 32nd Street
11th Floor
New York NY 10016

Christopher Philpotts
2525 Homestead Place
Cincinnati OH 45211

Chrysalis Publishing
c/o Kathryn Morrow
8500 Melrose Avenue No 207
Los Angeles CA 90069

Chubb Security Systems
Attn Collection Dept
2566 Bitters Rd
San Antonio TX 78217

Cincinnati Bell Any
Distance
PO Box 741840
Cincinnati OH

Cincinnati Bell Telephone
Dept 1811
Cincinnati OH 45274

Cincinnati Express
1150 West 8th St
Suite 252
Cincinnati OH 45203

Cisco Systs Cap Corp
File No 73226
PO Box 60000
San Francisco CA

Citicorp Vendor Fin Inc
Attn Collections
1800 Overcenter Drive
Moberly MO 65270

City of Glen Cove
9-13 Glen Street
Glen Cove NY 11542

City of Glen Cove
City Tax
9-13 Glen Street
Glen Cove NY 11542

Clanger Inc
8525 Santa Monica Blvd
West Hollywood CA 90069

Classic Media Inc
JPMorgan Chase Bank
General Post office
PO Box 27121
New York NY 10087

Climax Development Ltd

Clockwork Games LTD
Top Floor
Newton House
Maid Marion Way
Nottingham England

CNET Networks
PO Box 201084
Dallas TX

Comedy Central
1775 Broadway
10th Floor
New York NY 10019

Compass Marketing Inc
251 First Ave N
2nd floor
Minneapolis MN 55401

Complex Media LLC
260 W 36th Street
10th Floor
New York NY 10018

Compubox Inc
PO Box 175
Manorville NY 11949

CompUSA
PO Box 5220
Carol Stream IL 60197

Computershare
PO Box 1596
Denver CO 80201-1596

Concord Delivery
Service Inc
121 Eileen Way
Syosset NY 11791

Connect-Us
Commmunication LLC
1800 Robert Fulton Dr
Suite 110
Reston VA 20191

Core Nap LP
PO Box 201630
Austin TX 78720-1630

Corner Dist Inc
3940 Merritt Ave
Bronx NY 10466

Corporate Color
22 Connor Lane
Deer Park NY 11729

Cory Lopez Inc
c/o Surfquest Media Inc
2401 Wst Bay Dr
St 116
Largo FL 33770

County of Nassau
Finance Dept
City of Glen Cove
9-13 Glen Street
Glen Cove NY 11542

Cozen O'Connor Attorneys
1900 Market Street
Philadelphia PA 19103-3527

Crawfish Int
Second Floor
29-33 Church Street
Croydon Surrey
United Kingdom

Crescent Real Estate
Funding XII LP
PO Box 840924
Dallas TX 75284

Criterion Software
Westbury Court
Buryfields
Guildford Surrey
United Kingdom

CSC
The US CorpCo
PO Box 13397
Philadelphia PA 19101-3397

CT Corporation System
PO Box 4349
Carol Stream IL 60197-4349

Cue Brokerage Corp
180 E Main Street
Patchogue NY 11772

Curb Records

Curran Landscaping Corp
42 Willits Rd
Glen Cove NY 11542

Cyberactive Media Group
64 Danbury Road
Suite 500
Wilton CT 06897

Dan Garcia
57 Joseph Street
New Hyde Park NY 11040

Darden Executive Education
Darden Grad Sch of Busn
University of Virginia
PO Box 6550
Charlottesville VA 22906-6500

Dartek Computer Supply Corp
175 Ambassador Drive
Naperville IL 60540

Dartek Comp Supply Corp
175 Ambassador Drive
Naperville IL 60540

David Fisher
562 W 261st St
Bronx NY 10471-1028

David Fisher
562 W 261st St
Bronx NY 10471-1028

DB Alex Brown LLC
PO Box 17595
Baltimore MD 11542

DC Comics
1700 Broadway
New York NY 10019

DC Comics Inc
1700 Broadway
New York NY 10019

De Lage Landen
PNC Lockbox No 41601
Route 38 and Eastgate Dr
Moorestown NJ 8057

Deibus Studios LTD
Microtime House
Bonny Street
Camden Town London
United Kingdom

Deitch
670 White Plains Road
Suite 101
Scarsdale NY 10583

Delaware Secretary of State
State of Delaware
Division of Corporations
7833 Walker Drive
Greenbelt MD 20770

Dell Financial Services
Payment Processing Center
PO Box 5290
Carol Stream IL 60197

Dennis Publishing Inc
1040 Ave of the Americas
16th Floor
New York NY 10018

Dept of Motor Vehicles
6 Empire Plaza
Albany NY 12228

Department of State
Division of Corporations
41 State Street
Albany NY 12207

Department of State
Division of Corporations
41 State Street
Albany NY 12207

Depository Trust Co
55 Water Street 49th Fl
New York NY 10041

Deviation LLC
6711 Kingston Pike
Suite 202
Knoxville TN 37919

Dewolfe Music Library
25 West 45th St
New York NY 10036

DHL Express
PO Box 4723
Houston TX 77210

DHL Worldwide Express
PO Box 78016
Phoenix AZ 85062

Did St Pete I Inc
13300 Indian Rocks Rd
Villa 102
Largo FL 33774

Digital Artist
Management Inc
898 No Sepulveda Blvd
Suite 175
El Segundo CA 90245

Dimension Publication
PO Box 6570
Folsom CA 95763

Disk-O-Tape Inc
23775 Mercantile Road
Cleveland OH 44122

Disney Interactive
500 Buena Vista Street
Burbank CA 91505

Distribution By Air
PO Box 6707
Bridgewater NJ 08807

DM Records
301 Yamato Rd
Suite 1250
Boca Raton FL 33431

Domino's Pizza LLC
Dept No 771127
Domino's F A C
PO Box 77000
Detroit MI

Don Russ Playoff LP
PO Box 226467
Dallas TX  75222

Doug Gust
8905 271 Ave
Salem WI 53186

Dow Jones Interactive
OCR PROCESSING
PO Box 941
Chicopee MA 01021

Drake Beam Morin Inc
5 Concourse Pkwy NE
Atlanta GA  30328

Dualstar Interactive a Div
of Dualstar Entertainment Group LLC
1801 Century Park East
Los Angeles CA 90067

Duff & Phelps LLC
599 Lexington Avenue
Suite 3801
New York NY 10022

Dynamis Group Inc
707 East Livingston Street
Orlando FL 32803

EC Publications Inc
Attn Sen VP Fin & Operation
1700 Broadway
New York NY 10019

EAP
3281 Veterans Mem Hwy
Unit E-1 Bldg D
Ronkonkoma NY 11779

Eddie Guerrero
15023 Arvor Resrve Circle
Apt 216
Tampa FL 33624

Edward Farhat
2311 E Holt Road
Williamston MI 48895

Ehlert Publishing Grp Inc
6420 Sycamore Lane
Ste 100
Maple Grove MN 55369

Electric Lightwave Inc
PO Box 20553
Rochester NY 14602

Elemental Publishing
89 Arundale
St Louis MO 63105

EMAP METRO Fhm
Attn SC LUK
110 5th Avenue 3rd Fl
New York NY 10011

Emcor Service
305 Suburban Ave
Deer Park NY 11729

EMI Publishing
c/o Rod Kotler
810 7th Avenue
New York NY 10019

Emi Records
338 N Foothill Rd
Tonya Puerto
Beverly Hills CA 90210

Employease Inc
3295 River Exchange Drive
Suite 500
Norcross GA 30092-4250

Energy Film
Accounts Payable
Dept 712
PO Box 34935
Seattle WA 98124-1935

Entertainment Software
Rating Board
845 Third Avenue
14th Floor
New York NY 10022

Entertainment Weekly
PO Box 10451
Newark NJ

Epitaph Records
c/o David Ferreria
2798 Sunset Boulevard
Los Angeles CA 90026

Eric Potter Clarkson
Park View House
58 The Ropewalk
Nottingham
England NG1 5DD

Esa Foundation
926 SW Clifton Street
Portland OR 97201

Estate of Irwin Roth
c/o Robert Willer
2857 NE 2nd Street
Fort Lauderdale FL 33301

Estate of Ray Dandridge
c/o Henrietta Dandridge
PO Box 061139
Palm Bay FL 32906

Exabyte Corporation
1685 38th Street
Boulder CO 80301

Executive Janitor Svc Co
888 Plumtree Rd
Westbury NY 11590

Executone Netw Solutions
Attn LCR Department
PO Box 52843
Phoenix AZ 85072

Exhibit Control
7766 Silver Bell Drive
Sarasota FL 34241

Export Assist Virgin Isl
c/o Citibank NA
PO Box 7247-7309
Philadelphia PA 19101-7309

Faegre & Benson
2500 Republic Plaza
370 Seventeenth Street
Denver CO 80202

Famous Music Corp
10635 Santa Monica Blvd
Suite 300
Los Angeles CA 90025

Fantasy Records

Fat Wreck Chords
PO Box 193690
San Francisco CA 94119

Federal Express
PO Box 371461
Pittsburgh PA 15250

FestivalMushroom Records

File Center Inc
930 West 1820 South
Salt Lake City UT 84104

Financial Accounting
Standards Board
401 Merritt 7
PO Box 5116
Norwalk CT 06856

Fischbach Perlstein &
Lieberman llp
1875 Century Park East
Suite 850
Los Angeles CA 90067

Flaherty & Associates
6 Hearthstone Court
Suite No 204
Reading PA 19606

Flexible Business Systems
85 Corporate Drive
Hauppauge NY 11788

Franchise Tax Board
PO Box 942857
Sacramento CA 94257

Frank & Associates PC
500 Bi-County Blvd
Suite 112
Farmingdale NY 11735

Frank Crystal & Co Inc
40 Broad Street
New York NY 10004

Franklin Gringer & Cohen PC
666 Old Country Rd
Suite 202
Garden City NY 11530

FTI Consulting Inc
900 Bestgate Road
Suite 100
Annapolis MD 21401

Fusion Publishing Inc
29229 Canwood Street
Suite 200
Agoura Hills CA 91301

Future Network USA
150 North Hill Drive
Brisbane CA 94005

Future Tech Enterprise Inc
101-8 Colin Dr
Holbrook NY 11741

G Neil Direct Mail Inc
PO Box 451179
Sunrise FL 33345-1179

GE Capital
PO Box 676013
Dallas TX 75267-6013

GE Capital
PO Box 676013
Dallas TX 75267-6013

G4 Media
32500 Ocean Park
Santa Monica CA  90405

Game Informer Magazine
Amy Westbrook Accts Receivable
2250 Will D Tate Ave
Grapevine TX 76051

Gamepro
Subscription Dept
PO Box 55527
Boulder CO

Gamespy Industries
Attn Joan Smith
18002 Skypark Circle
Irvine CA 92614

Garrison Technologies
100 Congress Avenue Suite 2100
Austin TX 78731

Gary M Cappetta
683 Anderson Rd
Jackson NJ 08527-5311

Gateway Companies
610 Gateway Dr
North Sioux SD 57049

George Foreman Youth Center
4402 Walham Court
Kingwood TX 77345

George Gray
6532 Lawnridge Drive
Baton Rouge LA 70818

Gerard F Agoglia
Executive VP and CFO
Acclaim Entertainment Inc
One Acclaim Plaza
Glen Cove NY 11542

Gigex Inc
531 Howard St 2nd Floor
San Francisco CA 94105

Girl's Life
4517 Hartford Road
Baltimore MD 21214

Glen Cove Chamber of Commerce
14 Glen Street
Suite 303
Glen Cove NY 11542

Glen Cove Printery
86 Forest Avenue
Glen Cove NY 11542

Glenn L Marcum
821 Wittelsbach Dr
Apt-C
Kettering OH 45429

Global Computer Supplies
11 Harbor Park Drive
Port Washington NY 11050

Global Computer Supplies
11 Harbor Park Drive
Pt Washington NY 11050

Global Crossing Conferencing
1499 West 121st Ave
Westminster CO 80234

Global Exchange Services
PO Box 640371
Pittsburgh PA 15262-0371

Globix Corporation
PO Box 15036
Newark NJ

Glowpoint Inc
PO Box 922235
Atlanta GA 31193

Glowpoint Inc
PO Box 922235
Atlanta GA 31193

GMAC Commercial Finance LLC
1290 Avenue of the Americas
3rd Floor
New York NY 10104

Goodmans
250 Yonge Street
Suite 2400
Toronto Ontario
Canada

Grafico Inc
15320 Cornet Avenue
Santa Fe Springs CA 90670

Grant Langston
OMS Ltd
73 Cavalier Blvd
Suite 325
Florence KY 41042

Graphicpoint Inc
280 Sheffield St
Mountainside NJ 7092

Great Eastern Technology
10 Wheeling Avenue
Woburn MA 1801

Greater Austin
Transportation Co
10315 McKalla Place
Austin TX 78758

Greenspace
2312 Edwards
Houston TX 77007

Greg Fischbach
c/o Acclaim Entertainment Inc
One Acclaim Plaza
Glen Cove NY 11542

Greg Fischbach
Co-Chairman of the Board of
Directors of Acclaim Entertainment
One Acclaim Plaza
Glen Cove NY 11542

Greg Schaber
309 Timberlake Avenue
Erlanger KY 41018

Groman Ross & Tisman PC
One Old Country Road
Carle Place NY 11514

Gruner & Jahr USA Publishing
Attn Marty Hirsch
375 Lexington Avenue
New York NY 10017

Guarantee Records Management
Management Services
Newark Post office
PO BOX 35539
Newark NJ 07102

H&S Media Incorporated
38437 Eagle Way
Chicago IL 60678

HO Penn Machinery CompInc
54 Noxon Road
Poughkeepsie NY 12603

Harris McCully Associates Inc
99 Park Avenue - 18th Floor
New York NY 10016

Harry Fujiwara
PO Box 227
Jefferson City TN 37760

Harvard Business Review
Subscription Service Department
PO BOX 52623
Boulder CO

Heckler Magazine
PO Box 507
Sacramento CA 95812

Hefley Stevens Architects Inc
2 Garfield Place
Cincinnati OH 45202

Hellcat Records LLC
2798 Sunset Blvd
Los Angeles CA 90036

Heyman Talent Inc
3308 Brotherton Rd
Cincinnati OH 45209

Heyman Talent Inc
3308 Brotherton Rd
Cincinnati OH 45209

Hi Torque Publishing
Attn Robert Rex
25233 Anza Drive
Valencia CA 91355

Highbury House Communications
245 Townpark Drive
Suite 550
Kennesaw GA 30144

HIRECOM
200 Academy Drive
Austin TX 78704

Hofheimer Gartlir & Gross LLP
530 Fifth Avenue
New York NY 10036

Hossein Khosrow Vaziri
150 Sycamore Bend
Fayateville GA 30214

HotjobsCom-Ny
PO Box 27818
Newark NJ 07101

Hutto Printing
820 Mcglathery Lane SE
Decatur AL 35601

Hydroponic Music
946 N Croft Avenue
c/o Adam Raspler
Los Angeles CA 90069

IBM CORP
PO Box 7247-0276
Philadelphia PA

IBM Corporation
PO Box 7247-6810
Philadelphia PA

Ice Systems Inc
PO Box 1053
New York NY 10018

IGN Entertainment Inc
Department CH10793
Palatine IL

Ikon Financial Services
PO Box 650016
Dallas TX 75265

Imagistics
PO Box 856193
Louisville KY  40285-6193

Infinite Management Solutions
27285 Las Ramblas
Suite 120
Mission Viejo CA 92691

Inoveris LLC
Attn Pam Lindner
7001 Discovery Blvd
Dublin OH 43017

Insight
6820 South Harl Avenue
Tempe AZ 85283

Intercall
PO Box 281866
Atlanta GA

Internal Revenue Service
10 MetroTech Center
625 Fulton Street
Brooklyn NY 11201

International Merchandising Corp
IMG Baseball
1360 East 9th Str Ste 100
Cleveland OH 44114

Intrinsic Graphics Inc
1340 Space Parkway
Mountain View CA 94043

Invisiblehand Networks Inc
670 Broadway
2nd Floor
New York NY 10012

IPSOS-NPD INC
Church Street Station
Po Box 6531
New York NY 10150

Ira/Keough Services INC
National Distribution Center
2000 S Logan Street
Denver CO 80210

Island Waste Services
344 Duffy Avenue
Hicksville NY 11801

JW Ware
251 Sycamore Street
Collierville TN 38017

Jackson & Lewis
58 South Service Rd
Suite 410
Melville NY 11747

James Salzarulo
332 West 8th st
Suite No 2
Covington KY 41011

James Scibelli
1 Hollow Lane
Suite 208
Lake Success NY 11040

James Scoroposki
Co-Chairman of the Board Senior
Exec VP Secretary and Treasurer
One Acclaim Plaza
Glen Cove NY 11542

James Scibelli
Director
Acclaim Entertainment Inc
One Acclaim Plaza
Glen Cove NY 11542

Jansco
769 Plain Street
Marshfield MA 02050

Jasmine Plante
2199 Rang 10 Simpson
Notre-Dame-
Du-Bon-Conseil Que
Quebec Canada

Jaymar
189 South Street
Oyster Bay NY 11771

Jeremiah Jones
811 William Simmons Rd
Bowling Green KY 42101

Jerry Saganowich
c/o XWF
2701 North Rocky Pt Dr
Suite 185
Tampa FL 33607

Jim Duggan
3941 Wateroak Way
Pitusville FL 32795

Jive Records
9000 Sunset Boulevard
Suite 300
West Hollywood CA 90069

Jo Goenner Talent
Box 41772
Centerville OH 45441

Joel Myden Sales
23161 Ventura Blvd
Suite 201
Woodland Hills CA 91367

JT Packard
5980 Executive Dr
Madison WI 53719

Julie Smith
4431 N Mallard Cove
Mason OH 45040

Keith Fox
1170 Morgan Court
Park Hills KY 41011

Kenneth Coleman
c/o ITM Software Corp
1300 Crittenden Lane Suite No 202
Mountain View CA 94043

Kenneth Coleman
Director
Of Acclaim Entertainment Inc
One Acclaim Plaza
Glen Cove NY 11542

Keyspan Energy Delivery
PO BOX 9039
Hicksville NY 11802

King Purtich Holmes Et al
1900 Avenue of the Stars
25th Floor
Los Angeles CA 90067

Kinko's INC
PO Box 672085
Dallas TX 75267

Kirkland & Ellis
Citicorp Center
153 E 53rd Street
New York NY 10022

KMZ Rosenman
575 Madison Avenue
New York NY 10022

Knightworks
4224 Airport Road
Cincinnati OH 45226

Konica Minolta Business
Solutions USA Inc
420 Lexington Avenue
No 2846
New York NY 10170

Kory Ellis
39818 Grenada Cove
Murrietta CA 92562

KPMG LLP
200 Crescent Court
Suite 300
Dallas TX 75201

Kristy Tipton
901 Mopac Expwy South
Barton Oaks Plaza One
No 300
Austin TX 78746

Kroll Background America Inc
1900 Church Street
Suite 400
Nashville TN 37203

Kung Fu Records
920 Citrus Avenue
Los Angeles CA 90038

La Arena Funding LLC
1111 S Figueroa St
Suite 3100
Los Angeles CA 90015

Lad Creative Inc
8 Southfield Road
Middle Island NY 11953

Ladas & Parry
5670 Wilshire Boulevard
Los Angeles CA  90036

Larry Graziose Plumbing
& Heating Inc
447 Forest Avenue
Locust Valley NY 11560

Lawrence Graham
190 Strand
London WC2R 1JN
United Kingdom

Lawrence Whistler
1004 Pat Mell Place
Smyrna GA 30080

Lawyer's Diary and Manual
PO Box 1227
Newark NJ 07101

Leboeuf Lamb Greene & Macrae LLP
125 West 55th Street
New York NY 10019

Legato Systems Inc
3210 Porter Drive
Palo Alto CA 94304

Let It Grow Indoor
Landscapes Ltd
PO Box 866
Sayville NY 11782

Lexisnexis
PO BOX 7247-7090
Philadelphia PA 19170

LIAM Westbrook
39A Marquis Rd
Camden London
England

LIPA/Brooklyn Union of
Long Island
Attn Elisa Pugliese Esq
175 East Old Country Road
Hicksville NY 11801

Lipsinc
1600 Perimeter Park Drive
Suite 400
Orrisville NC 27560

Live Marketing
1201 N Clark Street
Suite 201
Chicago IL 60610

London Publishing
Attn Vincent Bellissima
7002 West Butler Pike
Ambler PA 19002

Long Island Video
Enterprises Live Inc
1 Robert Lane
Glen Head NY 11545

Longhorn Office Products
8204 North Lamar
Suite B-10
Austin TX 78753

Lou Gerri Productions
16 Mechanic Street
Carmel NY 10512

Louis Digiaimo &
Associates Inc
214 Sullivan Street
Suite 2C
New York NY 10012

Luxury Limousine & Transportation
329 38th Street
Brooklyn NY 11232

Macho Enterprises
7650 Bayshore Dr
No 1003 B
Treasure Island FL 33706

Mackenzie Partners Inc
105 Madison Ave
New York NY 10016

Magnet Communications
Church Street Station
PO Box 6173
New York NY 10249

Mahoney Coppenrath & Jaffe
2049 Century Park East
Suite 2480
Los Angeles CA 90067

Major League Baseball
Players Association
12 East 49th Str
24th Floor
New York NY 10017

Major League Baseball
Properties Inc
245 Park Avenue
New York NY 10167

Make A Wish Foundation
Attn Janet Digilio
1111 Marcus Avenue
Lake Success NY 11042

March of Dimes
Attn DRFR
1275 Mamaroneck Ave
White Plains NY 10605

Marsh USA INC
Attn Kevin Littlefield
1166 Avenue of the Americas
New York NY 10036

Marshall Gerstein & Borun
233 S Wacker Drive Suite 6300
Chicago IL 60606-6402

Marvel Entertainment Group Inc
387 Park Avenue
New York NY 10016

Marvelous Entert Inc
19F Ebisu Prime Squaretowers
1-39 Hiroo 1-Chome
Sibuya-Ku Tokyo Japan

Mason East
307 B Suburban Ave
Deer Park NY 11729

Matt Trevena
1145 W 5th Street
Suite 101
Austin TX 78703

MBNA America
Business Card
PO Box 15469
Wilmington DE 19850-5469

MCA
100 Universal Plaza
Universal City CA 91608

Mcfarlane Toys
40 West Baseline Road
Tempe AZ 85283

MCI
PO Box 856053
Louisville KY 40285

Megabyte Express
8711 Burnet Road
Suite E-50
Austin TX 78757

Megatrax
c/o The Law offices
of M Golland
11355 West Olympic Blvd
Los Angeles CA 90064

Melissa Pryor
1109 Woodcock
Waco TX 76706

Mergenthaler Transfer & Storage
Attn Jeffrey Dunyon
985 W 3160 S
Salt Lake City UT 84119

Metrowerks Corporation
PO Box 971075
Dallas TX

Metrowerks Corporation
PO Box 971075
Dallas TX

Mia Brown & Co
115 W California Blvd
Suite 149
Pasadena CA 91105

Michael C Fina Co Inc
545 5th Avenue
New York NY 10017

Michael Tannen
Director
Acclaim Entertainment
One Acclaim Plaza
Glen Cove NY 11542

Microsoft Corp Events

Microsoft Corporation
PO Box 5549
Pleasanton CA 94566

Midtown Record Storage
42-45 12th Street
Long Isld City NY 11101

Mil Mascaras
c/o Matrin Ibarra
1014 Quinientos St
Casa A
Santa Barbara CA 93103

Millennium Staffing
PO Box 406369
Atlanta GA

Minute Man Press-Great Neck
581B Middle Neck Road
Great Neck NY 11023

Minuteman Press
35 Glen Street
Glen Cove NY 11542

MLB Advanced Media LP
75 9th Ave
New York NY 10011

MLBP INC
PO Box 4105
Church Street Station
New York NY 10163

Monster.Com
PO Box 13645
Newark NJ

Moonshine Creative Media
8525 Santa Monica Blvd
West Hollywood CA 90069

Motion Analysis Corp
8611 Hayden Place
Culver City CA 90232

Mountain West
 Telecom Inc
17 East Vine Street
Murray UT 84107

MTV Networks
1515 Broadway 9th Floor
New York NY 10036

Multi Media Marketing
520 Washington Blvd No 802
Mar Del Rey CA 90292

Multivu
c/o PR Newswire
GPO Box 6584
New York NY 10249

Nate Sumison
901 Pacific Expressway South
Baron Oaks Plaza One 300
Austin TX 78746

Nathan Ramsey
OMS Ltd
73 Cavalier Blvd
Suite 325
Florence KY 41042

National Football League
Players Inc
2021 L Street NW
Washington DC 20036

National Football League Prop
6701 Center Dr West
Suite 1111
Los Angeles CA 90045

National Registered Agents Inc
PO Box 927
West Windsor NJ 08550

NBA Entertainment
PO Box 26050
Newark NY 07101

NBA Media Ventures LLC
PO Box 12281
Newark NJ 07101

NBA Properties
450 Harmon Meadow Blvd
Secaucus NJ 07094

NBA Properties Inc
100 Plaza Drive
3rd Floor
Secaucus NJ 07094

NCH Retail Services
PO Box 71945
Chicago IL

Negro Leagues Baseball Museum Inc
Attn Thomas S Busch
c/o Holman Hansen Colville & Coates
10740 Nall Ave
Overland Park KS 66211

Neon Software Gmbh
Deutschherrenufer 32
60594
Frankfurt Germany

New World Group
500 County Ave
Secaucus NJ 07094

New York State Dept of Taxation
and Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

Newcourt Leasing Corp
Po Box 33076
Newark NJ

Nextel Communications
Nextel Communications/Eds
Remittance Processing
1800 South Springer Dr
Lombard IL 60148

Nextiraone Business Communications
21398 Network Place
Chicago IL 60673

NFL Players Incorporated
Attn Lashun Lawson
2021 L Street NW Suite 500
Washington DC 20036

NGF Corporation
77 Metcalf Street
Ottawa Ontario
Canada KIP 5L6

Niels Fugal Sons Company
PO Box 790360
St Louis MO 63179-0360

Nigel Cook
901 Pacific Expressway South
Baron Oaks Plaza One 300
Austin, TX 78746

Nikolai Volkoff
5424 Glenview Road
Glen Arm MD 21057

Nintendo of America Inc
Order Processing
PO Box 97086
Redmond WA 98073

Nitro Records
c/o Kings Holmes Paterno
& Berlinger LLP
1900 Avenue of the Stars
Los Angeles CA 90067

North Shore Fire Equipment
12 Bay Ave
Oyster Bay NY 11771

Novus Print Media Inc
13605 First Avenue North
Plymouth MN 55441

NPD Group Incl The
Attn Stacy Siegel
900 WShore Road
Port Washington NY 11050

N-Space Inc
7035 Grand National Drive
Orlando FL 32819

Nuvision Financial Services
PO Box 644207
Pittsburgh PA 15264

Nxtrend Technology Inc
5555 Tech Center Drive
Colorado Springs CO 80919

NYS Dept of Taxation & Finance
Department of State
Division of Corporations
41 State Street
Albany NY 12231-0001

```
OCE
Attn Nick Kondras
5450 N Cumberland Avenue
3rd Floor
Chicago IL 60656-1469

Office Depot
File No 81901
Los Angeles CA

Office Depot
File No 81901
Los Angeles CA

Oscar Soria
111 E Beth Drive
Phoenix AZ 85042

Ozarka Natural Spring Water
PO Box 52214
Phoenix AZ 85072

Paizo Publishing
3245 146th Place SE
Suite 110
Bellevue WA 98007

Panasonic
MDMC
20608 Madrona Ave
Torrance CA 90503

Paul Orndorff
135 Pamela Court
Fayetteville GA 30214

PBB Global Logistics
PO Box 40
33 Walnut Street
Fort Erie Ontario L2A 157
Canada

PBCC
PO Box 856460
Louville KY 40285
```

PC On Call
6899 Steger Road
Cincinnati OH 45237

PC Test Corporation
4950 NE 148th Avenue
Portland OR 97230

PC Training West
2144 SO Highland Drive No 180
Salt Lake City UT 84106

Peake Marketing
18808 SE Mildred Way
Milwaukee OR 97267

Peer Music
5358 Melrose Suite 400
Los Angeles CA 90038

PHD
488 Madison Ave
4th Floor
New York NY 10022

Phil Haworth
Spring Cottage
Grand Avenue
London United Kingdom

Phillips Sales Inc
2900 Polo Parkway
Bellgrade Plantation
Richmond VA 23113

Pitblado Buchwald Asper
2500-360 Main Street
Winnipeg Manitoba
Canada

Plaza Artist MaterialsInc
173 Madison Avenue
New York NY 10016

Poland Spring Water
Attn Special Billing
375 Paramount Drive
Raynham MA 02767

Position Soundtrack Services
2121 Beloit Ave
No 108
Los Angeles CA 90025

PR Newswire
GPO Box 5897
New York NY 10087

Premier Retail Networks
Attn Kathy Krasenics
201 Third Street
7th Floor
San Francisco CA 94103

Premiere
Billing Dept
500 West Putnam Avenue
Greenwich CT 06830

Prentice Hall Direct
Remittance Processing Center
Po Box 11074
Des Moines IA

Pride Equipment Corp
150 Nassau Avenue
Islip NY 11751

Primedia
Attn Gayle Thomas
6420 Wilshire Blvd
Los Angeles CA 90048

Print International
PO Box 350
Freeport NY 11520

Professional Publications
570 Elmont Road
Elmont NY 11003

Professional Sports Publ Inc
PO Box 5880 GPO
New York NY

Promo Trak
PO Box 4187
Valley Village CA 91617-0187

PromotionsCom
450 West 33rd Street
New York NY 10001

PS West
2900 Polo Parkway
Midlothian VA 23113

Puppety Frenchman Music
c/o The Vandals
920 N Citrus Ave
Los Angeles CA 90038-2402

Qwest
PO Box 29060
Phoenix AZ 85038

RSR Landscaping
Pob 588
Locust Valley NY 11560

Racer X
166 Harner Run
Morgantown WV 26508

Rad Game Tools Inc
401 Parkplace
Suite 103
Kirkland WA 98033

Randalls
A Safeway Comp
PO Box 60000
File 72905
San Francisco CA 94160

RDA International Inc
100 Vandam Street 2nd Fl
New York NY 10013

Reach MP
358 Seventh Avenue
No 142
Brooklyn NY 11215

Redline Entertainment Inc
Attn Kelli Marcott
7075 Flying Cloud Dr
Eden Prairie MN 55344

Reel Fx Creative Studios Inc
2211 North Lamar Suite 100
Dallas TX 75202

Reh Burwell Partners
811 Rusk
Suite 101
Houston TX 77002

Republic Office Supply
58-38 Page Place
Queens NY

Research In Motion Corporation
Attn Lisa Wilhelm
25227 Grogan's Mill Rd
Suite 125
The Woodlands TX 77380

Research Institute of America
PO Box 6159
Carol Stream IL 60197

Reserve Account
Postage By Phone
PO Box 7247-0166
Philadelphia PA

Retribution Music
1801 Century Park East
Suite 1600
Los Angeles CA 90067

Revco Leasing Company
PO Box 65598
Salt Lake City UT  84165

Revitalaser
181 Post Ave
Westbury NY 11590

Rick Marksberry
806 Main Street
Elsmere KY 41018

Rick Moliterno
c/o Standard Bike Company
736 Federal Street
Davenport IA 52803

Ricky Carralero
13800 SW 8 Street No 156
Miami FL 33184

Ricoh Business Systems Inc
11B Madison Road
Fairfield NJ 07004

Ride BMX Magazine
7977 Collections Center Drive
Chicago IL 60693

Rob Williams
3342 Village Drive
Fairfield OH 45014

Robert Groman
196 Peachtree Lane
Roslyn Heights NY 11577

Robert Groman
Director
Acclaim Entertainment Inc
One Acclaim Plaza
Glen Cove NY 11542

Roberts & Green
One Hollow Lane
Suite 208
Lake Success NY 11040

Rocco T Ranaldo Jr Inc
4 Ellison St
Bayville NY 11709

Rocky Johnson
6175 Hawkes Bluff Avenue
Davie FL 33331

Rodney P Cousens
Global President and CEO
Of Acclaim Entertainment Inc
One Acclaim Plaza
Glen Cove NY 11542

Roy Jones Jr Inc
c/o Levin Middlebrooks
316 South Baylen
Pensacola FL 32501

Roy's Taxi
90 East Ave
Austin TX 78746

RR Donnelly Recievables Inc
c/o FCNPC Box 905151
Highland Park Commerce Center
Bldg 806 Suite 108
Charlotte NC 28217

Safesite
9505 Johnny Morris Rd
Austin TX 78724

Sam's Club
PO Box 105983
Dept 49
Atlanta GA  30348-5983

Sandlot Pictures Inc
2724 Erie Avenue Suite D
Cincinnati OH 45208

Scholastic
555 Broadway
New York NY 10012

School Sports
971 Commonwealth Avenue
Suite 33
Boston MA 02215

Scott Bigelow
709 Corlies Ave
Ocean NJ 07712

Scott Wirch
319 Dorcus Terrace
Greenville NC 26858

Screenvision
1411 Broadway
New York NY 10018

Sebastian Tortelli
OMS Ltd
73 Cavalier Road
Suite 325
Florence KY 41042

Sega Enterprises Ltd
12-14 Higashikohjiya 2 Chrome
Tokyo 144 Japan

Segal Communications Inc
Attn Chris Freitas
77 Mowat Avenue Suite 301
Toronto Ontario M6K 3E3
Canada

Shane Hitt
Rt 2 Box 378e
Buchhannon WV 26201

Shorewood Packaging
Attn Robert Lasalvia
277 Park Avenue 30th Floor
New York NY 10172

Shurgard Storage
6726 Bee Caves Rd
Austin TX 78746

Siemens Building Technologies
7850 Collections Center Drive
Chicago IL 60693

Siemens Enterprise Networks LLC
Martha Almonte
c/o Bank of America
99076 Collection Center Drive
Chicago IL 60693

SJ Berwin & Co
222 Gray's Inn Road
London United Kingdom

Snap Magazine
Po Box 10451
Newark NJ

Sony Computer Entertainment
 of America
989 Hillsdale
Foster City CA  94404

Sony Disc Mfg
Play Station
3181 North Fruitridge Ave
Terre Haute IN 47804

Sony Music New Media
c/o Victor Rodriguez
2100 Colorado Avenue
Santa Monica CA 90404

Southeast Center
2144 S Highland Drive
Suite 160
Salt Lake City UT 84110

Specialty Container Corp
1608 Plantation Road
Dallas TX 75235-5003

Speedvision
281 Tresser Blvd
Stamford CT 06901

Spin Magazine
Attn Accounts Receivable Dept
205 Lexington Avenue
New York NY 10016

Spirit Music
137 Fifth Avenue 8th Floor
New York NY 10010

Sports Team Analysis &
Tracking Systems of Missouri Inc
8130 Lehigh Avenue
Morton Grove IL 60053

SportsChrome USA
25 Peach Tree Court
Hawthorne Heights NJ 07506

Sprint PCS
PO Box 219554
Kansas City MO 64121-9554

Staples Business Advantage
Dept HNJ
PO Box 30851
Hartford CT

Staples Credit Plan
Dept 56 0000183337
PO Box 9020
Des Moines IA

Staples Credit Plan
Dept 56 0000183337
PO Box 9020
Des Moines IA

State of New Jersey (CBT)
Division of Taxation
Corporation Tax
Revenue Processing Center
Trenton NJ

State of New York
Office of the Attorney General
120 Broadway
New York NY 10271

Stats Inc
8130 Lehigh Ave
Mortingrove IL 60053

Steelcase Financial Services
931 North Cole Avenue
Hollywood CA 90038

Steelcase Financial Services Inc
475 Sansome Street
19th Floor
San Francisco CA 94111

Steinway Van and Storage Corp
42-45 12th Street
Long Island City NY 11101-4903

Sterling Commerce Inc Cvg
Attn Missy Powell
4600 Lakehurst Ct
Dublin OH 43016

Sterling Trust Company
7901 Fish Pond Road
Waco TX 76710

Steve Turner
PO Box 20401
Seattle WA 98102

Strong Island
PO Box 453
Massapequa Park NY 11762

Stroock & Stroock & Lavin LLP
180 Maiden Lane
New York NY  10038-4982

Studios USA
1325 Avenue of The Americas
New York NY 10019

Summit Aviation
7144 Republic Airport
E Farmingdale NY 11735

Sunshine Promo USA
4000 Highway 90
Suite H
Pace FL 32571

Super Fast Delivery Systems
21066 Cabot Boulevard
Hayward CA 94545

Super Happy Fun Fun Inc
3724 Executive Center Drive
Suite 250
Austin TX 78731-1665

Surfdog Records
c/o Position Soundtrack Svc
PO Box 25907
Los Angeles CA 90025

Syncro
Syncrofilm Services Inc
333 Seventh Avenue
New York NY 10001

TJ News Service
PO Box 379
Glen Head NY 11545

Technicolor
Attn Nancy Metz
3233 East Mission Oaks Blvd
Camarillo CA 93012

Telemet America Inc
325 First Street
Alexandria VA 22314

Teletoon
181 Bay Street
PO Box 787 Suite 200
Toronto Ontario
Canada

Tempositions Eden Rand LI
420 Lexington Ave
Suite 2100
New York NY 10170

Terry Bollea
Attn Henry Holmes Esq
c/o Greenberg Traurig LLP
2450 Colorado Avenue
Santa Monica CA 90404

Terry Brunk
3910 Aurelius Road
Ransing MI 48910

The Animation Farm
13021 Legendary Drive No 634
Austin TX 78727

The Beanstalk Group
c/o Gail Gordon Accounting
950 Third Avenue
New York NY 10022

The Cincinnati Enquirer
312 Elm Street
Cincinnati OH 45202

The Economist
PO Box 50402
Boulder CO 80322

The Estate of Brian Pillman
1051 Apple Blossom Drive
Florence KY 41042

The Flower Studio
1406 W 6th Street
Austin TX 78703

The Licensing Group Ltd
Attn Leslie Hunter
8455 Beverly Boulevard Suite 508
Los Angeles CA 90048

The Richmond Organization
266 West 37th St
17th Floor
New York NY 10018

The Rock N Roll Express

Thom Brennaman
8216 Via De Lago
Scottsdale AZ 85258

Thomson Financial
Corporate Group
Mellon Bank
PO Box 360315
Pittsburgh PA 15250

Thyssenkrupp Elevator
PO Box 1000
Dept 227
Memphis TN

Tim Farr
8000 High Mill
Canal Fulton OH 44614

Tim Ferry
OMS Ltd
73 Cavalier Blvd
Suite 325
Florence KY 41042

Time Warner Cable
PO Box 660097
Dallas TX 75266

Time Warner Telecom
Po Box 172567
Denver CO 80217

Tips & Tricks
Attn May Lon Roostaeyan
c/o LFP Inc
8484 Wilshire Blvd Suite 900
Beverly Hills CA 90211

```
Titan Magazines
144 Southwark Street
Titan Towers
London United Kingdom

Todd Lyons
9581 Flounder Drive
Huntington Beach CA 92646

Todd Mowatt

Tom Billington
37 Rathen Avenue
Higherince
Wigan Landashire
United Kingdom

Tony Atlas
68 Pleasant Street
Apt 4
Auburn ME 04210-5987

Tony Schiavone
4665 Newell Drive
Marietta GA 30062

Tony Schiavone
4665 Newell Drive
Marietta GA 30062

Towery Publishing Inc
c/o Oxford Commercial Funding LLC
PO Box 952056
St Louis MO

Tran-Star Executive
Transportation Services Inc
PO Box 2574
North Babylon NY 11703

Transworld Media
PO Box 10451
Newark NJ
```

Tribune Entertainment Co
PO Box 13500
Newark NJ

Triple Dot Communications
151 W 26th Street
11th Floor
New York NY 10001

Turn 2 Foundation
c/o IMG Center
1360 E 9th Street
Cleveland OH 44114

Turn 2 Inc
Attn Casey Close
c/o IMG
825 7th Avenue
New York New 10019

Twelve Horses North America
PO Box 40992
Reno NV 89504

Tyson Jensen
2452 S Oriole Grove Way
West Valley City UT 84119

UGO Networks Inc
395 Hudson Street
8th Floor
New York NY 10014

Ultimate Creations
43 A CR 119n
Santa Fe NM 87506

Under Cover Film & Electronic
Media Storage
635 Queen Street East
Toronto Ontario
Canada

United States Attorney
Attn Chief of Bankruptcy Litigation
One Pierrepont Plaza 14th Floor
Brooklyn NJ 11201

United States Department of Justice
Tax Division Box 55
Ben Franklin Station
Washington DC 20044

Unique Development Studios Ab

Universal Music Licensing
c/o Don Terbush
10 Universal Studio Plaza
Universal City CA 91608

Universal Music Publishing
Film & TV Dept
440 Sepulveda Blvd Suite 100
Los Angeles CA 90064

Uppercut Management
c/o Steve Hutton

UPS
Lockbox 577
Carol Stream IL

UPS Supply Chain Solutions
Brokerage Inc
PO Box 34486
Louisville KY 40232

US Bank
CM-9690
St Paul MN

UTC Overseas Inc
55 Inip Drive
Inwood NY 11096

Utopia Ventures Inc
189 South Street
Oyster Bay NY 11771

V2 Records
c/o David Steel
14 East 14th Street 3rd Floor
New York NY 10012

Verizon
PO Box 1100
Albany NY 12250

Victory Records
346 N Justine Street 504
Chicago IL 60607

Vidpro International Inc
1624 W Crosby Road Suite 124
Carrollton TX 75006

Virgin Records
338 N Foothill Road
Beverly Hills CA 90210

Visual Communications Group
747 Third Avenue
2nd Floor
New York NY 10017

Von Kohorn & Kitzmiller
812 Sweeney Avenue
Redwood City CA 94063-3024

Vulcan-Ccba
30 Garfield Place
Suite 1040
Cincinnati OH 45202

Walter Karl Inc
One Blue Hill Plaza
Pearl River NY 10965

Walter Kowalski
146 Plymouth
Malden MA 02148

Warner/Chappell Music Inc
c/o Melissa Hamilton
10585 Santa Monica Blvd
Los Angeles CA 90025

Warner Brothers Consumer Products
Attn WBCP Lockbox 21477
First Chicago National Bank
525 West Monroe 8th Fl Mailroom
Chicago IL 60661

Warner Chappell Music Inc
c/o Melissa Hamilton
10585 Santa Monica Blvd
Los Angeles CA 90025

Warner Strategic Marketing
Attn Laurie Mccluggage
3400 W Olive Avenue 5th Floor
Burbank CA 91505

WB Television Network The
PO Box 13790
Newark NJ 07188

West Coast Sales
904 Manhattan Ave
Suite 2
Manhattan Beach CA 90266

Wilding Marc
300 Garfield Place
Suite 1000
Cincinnati OH 45202

William M Mercer
Riverside Court
Guildford Road
Leatherhead
Surrey United Kingdom

Windows 2000 Magazine
PO Box 447
Loveland CO 80539-0447

Wixen Music Publishing Inc
24025 Park Sorrento
Suite 130
Calabasas CA 91302

Wixson-Polin
c/o Erik Szabo
23564 Calabasas Road No 107
Calabasas CA 91302

World Color Inc
2692 Peachtree Square
Atlanta GA 30360

World Investor Link Ltd
Hook Rise South
Surbiton
Surrey KT6
United Kingdom

World Investor LinkInc
Attn Accounts Receivable
601 Moorefeild Park Drive
Richmond VA 23236-3654

Wpac Dba 1-Iron Commercial Premium-69
c/o Flat Iron Credit
950 17th Street
Suite 1300
Denver CO 80202

Yanny & Smith
1925 Century Park East
Suite 1260
Los Angeles CA 90067

Yogi Inc
c/o Msmg Ezra Lusk
20321 Birch Street
Suite 203
Newport Beach CA 92660

Z-Axis Ltd
21021 Corsair Blvd
Suite 200
Hayward CA 94545

Zedo
236 Clara St
Suite 1
San Francisco CA 94107

Ziff-Davis Publishing
3348 Collections Center Drive
Chicago IL 60693

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
In re:                                                           :         Chapter 7

ACCLAIM ENTERTAINMENT, INC.                   :         Case No.

            Debtor.                                              :
------------------------------------------------------------------ x

<u>**CERTIFICATION OF MAILING MATRIX**</u>

I, Gerard F. Agoglia, Chief Financial Officer of Acclaim Entertainment, Inc., a

Delaware corporation, certify under penalty of perjury that the attached Mailing Matrix is true and

accurate to the best of my knowledge and belief.


Dated: September 1, 2004                              */s/ Gerard F. Agoglia*
                                                                  Gerard F. Agoglia
                                                                  Chief Financial Officer
                                                                  Acclaim Entertainment, Inc.
                                                                  One Acclaim Plaza
                                                                  Glen Cove, New York 11542