**ZAVATSKY, MENDELSOHN, GROSS, SAVINO & LEVY,** LLP

*Attorneys at Law*

P.O. BOX 510, 33 QUEENS STREET, SYOSSET, NY 11791-0510
TELEPHONE (516) 921-1200    FACSIMILE (516) 921-1670

FOREST HILLS OFFICE:
108-18 72ND AVENUE
FOREST HILLS, NY 11375-5350

HAUPPAUGE OFFICE:
300 RABRO DRIVE
HAUPPAUGE, NY 11788

LAWRENCE K. GROSS
GREGORY T. LEVY*
ALLAN B. MENDELSOHN
MICHAEL J. O'SULLIVAN
JOSEPH C. SAVINO**
PETER G. ZAVATSKY

MARIA T. OLIVARI*
TAMMY J. SHAPIRO
JENNIFER L. SILVESTRO
OF COUNSEL
PETER L. GRAUBARD**
*ADMITTED IN NY AND CT
**ADMITTED IN NY AND NJ

September 20, 2004

KMZ Rosenman
575 Madison Ave.
New York, NY 10022
Attn: Jeff J. Friedman

Re:   Acclaim Entertainment, Inc.
      Chapter 7 Case No. 804-85585-288

Dear Jeff,

I recently received a telephone call from the Clerk of the Bankruptcy Court indicating that numerous phone calls had been received from creditors who are not listed in the debtor's bankruptcy petition.

Specifically, it is my understanding that in filing its list of creditors, the debtor neglected to include employees who were owed wages both in the Glen Cove as well as the Austin, Texas facility.

Please make sure when the debtor files its complete schedules and statements of financial affairs as required by the Bankruptcy Court, that those creditors are all properly listed.

Very truly yours,

ZAVATSKY, MENDELSOHN, GROSS, SAVINO & LEVY, L.L.P.

By: Allan B. Mendelsohn

ABM:gr
cc:   Joseph Hurley, Clerk of the Bankruptcy Court, 290 Federal Plaza, Central Islip, NY 11722
      Terese Cavanagh, Office of the U.S. Trustee, The Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722